1

2

3

4

5              UNITED STATES DISTRICT COURT

6             NORTHERN DISTRICT OF CALIFORNIA

7

8                                              No. C 14-3404 NC (PR)
SAM A. PERALTA
9                    Petitioner,              **ORDER OF TRANSFER**

10         v.

11  PELICAN BAY STATE PRISON,

12              Respondent.

13
_____/

14

15

16      This federal habeas action, in which petitioner challenges convictions he suffered in

17  the San Bernardino County Superior Court, is TRANSFERRED to the Central District of

18  California, as that is the district of conviction.  <u>See</u> 28 U.S.C. §§ 1404(a), 2241(d); Habeas

19  L.R. 2254-3(b).  The Clerk is directed to transfer this matter forthwith.

20

21      IT IS SO ORDERED.

22

23  DATED:    August 1, 2014

24                                          _____
                                            NATHANAEL M. COUSINS
25                                          United States Magistrate Judge

26

27

28

**United States District Court**
For the Northern District of California