UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAM A. PERALTA,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>PBSP-WARDEN, SUPERIOR COURT - SAN BERNARDINO, THE PEOPLE OF CALIFORNIA, REAL PARTY OF INTEREST,<br><br>　　　　Respondent. | No. EDCV 14-1592 AB (FFM)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. Petitioner has not filed any written Objections to the Report. The Court concurs with and accepts the findings, conclusions and recommendations of the Magistrate Judge.

　　IT THEREFORE IS ORDERED that Judgment be entered dismissing the Petition with prejudice.

DATED: August 13, 2015

　　　　　　　　　　　　　　　　　　　　　　　　　　　　ANDRÉ BIROTTE JR.
　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge