UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SAM A. PERALTA, | ) | No. EDCV 14-1592 AB (FFM) |
| Petitioner, | ) ) | |
| | ) | JUDGMENT |
| v. | ) ) | |
| PBSP-WARDEN, SUPERIOR COURT - SAN BERNARDINO, THE PEOPLE OF CALIFORNIA, REAL PARTY OF INTEREST, | ) ) ) ) ) | |
| Respondent. | ) ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: August 13, 2015

ANDRÉ BIROTTE JR.
United States District Judge